BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

ANNA L. DEFFEBACH (D.C. Bar No. 241346)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.,
Washington, DC 20005
Tel.: (202) 305-8356
Email: anna.l.deffebach@usdoj.gov

Counsel for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| PRATUM FARM, LLC,<br><br>                    Plaintiff,<br>     v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>                    Defendant. | No. 6:23-cv-01525-AA<br><br>**Defendant's Response to Plaintiff's Motion to Strike [Dkt. 33]** |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTON TO STRIKE

Defendant, the United States Department of Agriculture, filed a Notice of Supplemental Authority on July 15, advising this Court of two recent Supreme Court decisions that may bear on the issues in this case. Dkt. 32. Defendant did not request any relief in the Notice of Supplemental Authority and Defendant did not intend for the Notice to constitute a motion or legal memorandum under the Local Rules of this district. *See* LR 7-1(a)-(c). Defendant therefore opposes Plaintiff's Motion to Strike, Dkt. No. 33, but reiterates that it has no objection to Plaintiff filing a notice of supplemental authority, should it wish to do so.

1

Dated: July 31, 2024

Respectfully Submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

/s/ Anna L. Deffebach
Anna L. Deffebach (DC Bar # 241346)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8356
Mobile: (202) 993-5182
Facsimile:   (202) 616-8460
Email: anna.l.deffebach@usdoj.gov

*Counsel for Defendant*